# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PAUL MCPHERSON,<br><br>Petitioner,<br><br>v.<br><br>CHARLES W. CALLAHAN, Warden,<br><br>Respondent. | Case No. 2:17-08161 RGK (ADS)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND DISMISSING CASE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, Respondent's Answer, and all related filings, along with the Report and Recommendation of the assigned United States Magistrate Judge dated November 17, 2020 [Dkt. No. 38].

Finding no objections on file, IT IS HEREBY ORDERED:

1. The United States Magistrate Judge's Report and Recommendation [Dkt. No. 38] is accepted;

///

///

2. The Petition is dismissed with prejudice; and

3. Judgment is to be entered accordingly.

DATED: 12/10/2020

_____
THE HONORABLE R. GARY KLAUSNER
United States District Judge