JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PAUL MCPHERSON,<br><br>Petitioner,<br><br>v.<br><br>CHARLES W. CALLAHAN, Warden,<br><br>Respondent. | Case No. 2:17-08161 RGK (ADS)<br><br><br><br>JUDGMENT |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge and Dismissing Case, IT IS HEREBY ADJUDGED that the above-captioned case is dismissed with prejudice.

DATED: December 10, 2020

*/s/ Gary Klausner*
THE HONORABLE R. GARY KLAUSNER
United States District Judge